UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
CIVIL DIVISION

**THURMAN BAKER,**

       Plaintiff,

                                     Case No.: 10-

v.

**NORTHFIELD TOWNSHIP, JEFFREY DAVIDSON**
**and NICOLE FORD, in their individual and official**
**capacities as officer/sergeant, WASHTENAW COUNTY,**
**RICK VISER in his individual and official capacity as**
**the medical director of WASHTENAW COUNTY jail and**
**SECURECARE, INC., a Michigan Corporation.**

       Defendants.
_____/

**ROMANZI & ATNIP, P.C.**
**CRAIG S. ROMANZI (P45549)**
**HEIDI A. TANNER (P61953)**
Attorneys for Plaintiffs
2850 Dixie Highway
248-674-4404
_____/

## DEMAND FOR TRIAL BY JURY

NOW COMES the Plaintiff, THURMAN BAKER, by and through his attorneys, ROMANZI ATNIP, P.C., and hereby demands a jury trial.

                                     Respectfully submitted,

                                     /s/ Heidi A. Tanner
                                     _____
                                     ROMANZI Atnip, P.C.
                                     Attorneys for Plaintiff
                                     Craig S. Romanzi (P45549)
                                     Heidi A. Tanner (P61953)
                                     2850 Dixie Highway
                                     Waterford, MI 48328
                                     (248) 674-4404

Dated: October 11, 2010